IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF GEORGIA
ATLANTA DIVISION

---

EMI APRIL MUSIC INC., AVANT GARDE MUSIC PUBLISHING, INC. FLYTE TYME TUNES, RODSONGS, and GNAT BOOTY MUSIC

    Plaintiffs,

-against-

INFINITE DINING GROUP, INC. and JAMES LIAKAKOS,

    Defendants.

Civil Action No.:

**15-cv-01891-CAP**

---

## CONSENT JUDGMENT

The Complaint in this action was filed on May 27, 2015, alleging three counts of copyright infringement against defendants Infinite Dining Group, Inc. ("Infinite") and James Liakakos (together with Infinite, the "Defendants") arising out of the Defendants' unauthorized public performances of Plaintiffs' copyrighted musical works. The parties, through their undersigned counsel, have agreed to resolve all claims between them in the manner set forth below.

It is therefore ORDERED, ADJUDGED, AND DECREED:

1. Defendants are enjoined and restrained permanently from publicly performing any or all of Plaintiffs' copyrighted musical compositions and from

causing or permitting Plaintiffs' copyrighted musical compositions to be publicly performed, and from aiding and abetting public performances of such compositions, unless they shall have previously obtained permission to give such performances, either directly from the Plaintiffs or by license from the American Society of Composers, Authors and Publishers ("ASCAP").

2. Judgment is hereby entered against Defendants, jointly and severally, in the sum of Twenty Thousand and no/100 dollars ($20,000.00) (the "Judgment Amount"), which amount can be satisfied by the payment of a sum of Fifteen Thousand Eight Hundred and no/100 dollars ($15,800.00) (the "Settlement Amount") as follows: (i) Five Thousand and no/100 dollars ($5,000.00) on or before July 28, 2015 (Plaintiffs' in-house counsel acknowledges that these funds have been received by Plaintiffs and are being held in escrow. Counsel for Defendants hereby authorizes the release of such funds from escrow to be paid in accordance with this Consent Order); (ii) One Thousand Two Hundred and no/100 dollars ($1,200.00) on or before August 25, 2015; (iii) One Thousand Two Hundred and no/100 dollars ($1,200.00) on or before September 25, 2015; (iv) One Thousand Two Hundred and no/100 dollars ($1,200.00) on or before October 25, 2015; (v) One Thousand Two Hundred and no/100 dollars ($1,200.00) on or before November 25, 2015; (vi) One Thousand Two Hundred and no/100 dollars

($1,200.00) on or before December 25, 2015; (vii) One Thousand Two Hundred and no/100 dollars ($1,200.00) on or before January 25, 2016; (vii) One Thousand Two Hundred and no/100 dollars ($1,200.00) on or before February 25, 2016; (ix) One Thousand Two Hundred and no/100 dollars ($1,200.00) on or before March 25, 2016; and (x) One Thousand Two Hundred and no/100 dollars ($1,200.00) on or before April 25, 2016.

3. The aforementioned payments shall be made either by certified, cashier's or bank check, or check from the attorney escrow account of Defendants' counsel, Paul S. Suda, or money order, made payable to ASCAP and sent or delivered to ASCAP at its office at 1900 Broadway, 6th Floor, New York, NY 10023, ATTENTION: JACKSON WAGENER; or by wire transfer to an account to be designated by ASCAP. The payments shall be delivered so that they arrive no later than the due dates set forth above.

4. Contemporaneously with the execution of this Consent Judgment, ASCAP shall offer, and Defendants shall accept and execute, ASCAP license agreements for the period commencing August 1, 2015 for: (i) Sage Woodfire Tavern Perimeter, located at 4505 Ashford Dunwoody Rd NE, Atlanta, GA 30346; and (ii) Sage Woodfire Tavern, located at 11405 Haynes Bridge Road, Alpharetta, GA 30004. License fees for the one-year period commencing August 1, 2015 are

3

included in the Settlement Amount. With respect to license fees due for all periods thereafter, Defendants shall timely submit payment of those fees to ASCAP at applicable rates calculated in accordance with the terms of the licenses.

5. In the event that Defendants shall fail to make any of the payments in accordance with the provisions of paragraphs 2 and 3 above, Plaintiffs shall provide written notice, via U.S. Mail and email, to Defendants' attorney, Paul S. Suda, Esq., 1362 Salem Drive, Alpharetta, GA 30009, sudalaw@bellsouth.net, of such default in payment, and Defendants shall have the opportunity to cure the default by paying the past-due amount within seven (7) days of receipt of notice. If Defendants fail to cure the default within seven (7) days of receipt of notice, Plaintiffs shall be entitled to receive the entire Judgment Amount plus its costs and fees, including attorney's fees, incurred in connection with its efforts to collect on this Consent Judgment, less any payments made by Defendants toward payment of this Consent Judgment.

6. Upon receiving the Settlement Amount (or full payment of the Judgment Amount in the event of default) and the signed ASCAP licenses referenced in paragraph 4 above, Plaintiffs shall file a satisfaction of this Judgment with the Court.

7. Defendants shall not willfully dissipate or encumber their assets in order to impair Plaintiffs' ability to collect the amounts due under this Consent

Judgment. In the event that Infinite and/or Liakakos files a petition in bankruptcy, any sum then due pursuant to this Consent Judgment shall constitute a non-dischargeable debt pursuant to 11 U.S.C. § 523(a)(6).

8. Plaintiffs and Defendants have agreed to the terms of this Consent Judgment following consultation with legal counsel.

9. This Consent Judgment shall bind and benefit the heirs, executors, administrators, successors, assigns, parents, affiliates, members and subsidiaries of Plaintiffs and Defendants.

SO ORDERED, this 8th day of SEPTEMBER, 2015.

/s/CHARLES A. PANNELL, JR.
Charles A. Pannell, Jr
United States District Court Judge

PREPARED AND CONSENTED TO BY:     CONSENTED TO BY:

| HOLLAND & KNIGHT, LLP | PAUL S. SUDA, ESQ. |
|---|---|
| /s/ Vernon M. Strickland | /s/ Paul S. Suda |
| Vernon M. Strickland | Paul S. Suda |
| Georgia Bar No. 345346 | Georgia Bar No. 690748 |
| 2000 One Atlantic Center | 1362 Salem Drive, |
| 1201 West Peachtree Street, N.E. | Alpharetta, Georgia 30009 |
| Atlanta, Georgia 30309-3400 | Tel: (404) 219-1775 |
| Tel: (404) 817-8500 | sudalaw@bellsouth.net |
| Fax: (404) 881-0470 | |
| vernon.strickland@hklaw.com | *Attorney For Defendants* |
| *Attorneys for Plaintiffs* | |